In the Matter of the Application of FRED BRENCHLEY v. TRUST COMPANY OF NORTH AMERICA.— Motion for reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WILLIAM P. ABEL and Others and C. MINER DODSON and Others v. CHARLES V. PATERNO and Others.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

WILLIAM P. ABEL and Others and C. MINER DODSON and Others v. CHARLES V. PATERNO and Others.— Motion granted; the judgment to be entered upon the appeal to provide that no damages or costs be allowed as against the defendant, respondent, Carlo Paterno. [See ante, p. 285.] Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

FRED H. POPE, as Trustee in Bankruptcy of MILL CREEK GOLD MINES, LTD., v. AUGUST HECKSCHER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY v. COMPREHENSIVE OMNIBUS CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay pending the determination of said appeal granted. [See ante, p. 711.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTIN MOONEY v. THE SHERIFF OF NEW YORK COUNTY.— Motion for leave to appeal to the Court of Appeals granted and stay continued pending appeal. [See ante, p. 97.] Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE ÆTNA CASUALTY AND SURETY COMPANY v. FLEISCHMAN WINE AND LIQUOR Co., INC.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 718.] Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CONTINENTAL CASUALTY COMPANY v. NATIONAL SLOVAK SOKOL, INC.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 718.] Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ISABEL LOORAM v. DOROTHEA LOORAM, etc., and Others, LUCIEN LOORAM and Others, WILLIAM P. CAVANAUGH, etc., and Others.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 718.] Motion for a reargument denied. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

M. R. M. REALTY Co., INC., v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. [See 244 App. Div. 454.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.